## Clara Purtle, Appellee, v. Harry Caldwell, Appellant.

### (Not to be reported in full.)

Appeal from the County Court of Fulton county; the Hon. HOBART S. BOYD, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 11, 1917.

### Statement of the Case.

Action of assumpsit by Clara Purtle, plaintiff, against Harry Caldwell, defendant, to recover for services performed by plaintiff in caring for defendant's mother at defendant's request. From a judgment for plaintiff for $387, defendant appeals.

A. E. TAFF, for appellant.

HARVEY H. ATHERTON, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1779*—*when instructions reversibly erroneous because not in conformance with evidence.* In an action to recover upon an express contract denied by defendant for services performed at an agreed price, where instructions stated, in substance, that even if the jury believed from the evidence that no definite amount was agreed upon yet defendant would be liable to pay plaintiff a reasonable compensation for the services performed, and there was no evidence whatever as to what the services were reasonably worth, *held* that a judgment for plaintiff should be reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.